# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cr-00187-LTB

UNITED STATES OF AMERICA

       Plaintiff,

v.

2.    GAVINO BARRERA,

       Defendant.

_____

# ORDER
_____

Upon Government's Motion for Further Sentencing Reduction Pursuant to Rule 35(b), Federal Rules of Criminal Procedure (Doc 815 - filed April 18, 2006), it is

ORDERED that the Motion is GRANTED. Defendant Gavino Barrera's sentence is reduced by 21 months from 75 months to 54 months' custody, with the other conditions set forth in this Court's Judgment previously filed in this matter.

                                          BY THE COURT:

                                          s/Lewis T. Babcock
                                          Lewis T. Babcock, Chief Judge

DATED: April 19, 2006